UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
OSWALDO U. ROPER,

                           Plaintiff,

                                                              **JUDGMENT**
                                                              19-CV-2186 (RRM)

   - against -

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY,

                           Defendant.
----------------------------------------------------------x

      For the reasons set forth in a Memorandum and Order issued by the undersigned on March 29, 2021, it is hereby

      ORDERED, ADJUDGED AND DECREED that this matter is remanded to the Commissioner of Social Security for further proceedings consistent with said Memorandum and Order, and the file is closed in this Court.

Dated: Brooklyn, New
          March 31, 2021

                                                        *Roslynn R. Mauskopf*
                                                        _____
                                                        ROSLYNN R. MAUSKOPF
                                                       United States District Judge